AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:19 mj 517 | Date and time warrant executed: 8/23/2019 11:49am | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name of any person(s) seized:

Electronic files, including documents, photographs, text messages, user information, and other digital data obtained from devices listed in Attachment A

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/11/2019

_Executing officer's signature_

Patrick Gregory FBI Special Agent
_Printed name and title_

2019 SEP 11 PM 2:39
FILED
RICHARD W. NAGEL
CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                       ) Case No. 3:19 mj 517
Devices 1 through 26, described in Attachment A, that )
are stored at premises controlled by the FBI )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     Ohio and elsewhere    
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before     September 6, 2019     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Michael J. Newman    .
                                                                      *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for     days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of     .

Date and time issued:     8/23/19 10:30 AM         *[signature]*    
                                                                                   *Judge's signature*

City and state:     Dayton, Ohio         Hon. Michael J. Newman, U.S. Magistrate Judge    
                                                                                      *Printed name and title*

## ATTACHMENT A

The property to be searched is as follows (collectively, the "Devices"):

a. Asus laptop, model: R500A, S/N: D4N0ASIRR0AV168, containing Samsung 500GB 2.5" SSD, S/N: S3PTNB0J920154W ("Device 1");

b. Dell Inspiron laptop, S/T: 7K6QSJ2, containing Seagate 2TB 2.5" SATA hard drive, S/N: WDZ80S0H ("Device 2");

c. ZTE N9130 cellular phone, MEID Hex: 99000609364757, S/N: 327B51042630, containing SIM Card # 89011200002017896866 ("Device 3");

d. Samsung Galaxy S7 Edge, model: SM-G935A, no visible identifiers ("Device 4");

e. Asus laptop, model: UX501J, S/N: G4N0CXIRR05M15A, containing Samsung 512GB NVMe M.2 SSD, model: M2-HPV5120, S/N: S1X1NYAG904184 ("Device 5");

f. Dell Dimension desktop, model: 8300, S/T: 5C46J31, containing Western Digital 250GB IDE hard drive, S/N: WMAL73509048; Seagate 120GB SATA hard drive, S/N: 3JT0YXN9; and Seagate 120GB SATA hard drive, S/N: 3JT0YVK2 ("Device 6");

g. Western Digital 500GB SATA hard drive, S/N: WCASY2780733 ("Device 7");

h. Dell Inspiron 1720 laptop, model: PP22X, S/T: C0JZFG1, containing: Seagate 500GB 2.5" SATA hard drive, S/N: 5VJ36CJB ("Device 8");

i. Lenovo YOGA laptop, model: 80Y7, S/N: PF17Y69U, containing Samsung 512GB NVMe SSD, S/N: S3RGNE0JB18247 ("Device 9");

j. Seagate 250GB SATA hard drive, S/N: 6RY02B1L ("Device 10");

k. Seagate 250GB SATA hard drive, S/N: 9VMVXH66 ("Device 11");

l. Seagate 250GB SATA hard drive, S/N: 6RY02FM9 ("Device 12");

m. Seagate 250GB SATA hard drive, S/N: 6RY01WL5 ("Device 13");

n. Western Digital 500GB SATA hard drive, S/N: WCASY2760183 ("Device 14");

o. Western Digital 2TB SATA hard drive, S/N: WMAZA0037184 ("Device 15");

p. Samsung 400GB SATA hard drive, S/N: S0NFJ13P100233 ("Device 16");

q. Seagate 750GB SATA hard drive, S/N: 5QD588WL ("Device 17");

r. Toshiba 2TB SATA hard drive, S/N: Z2C84H1AS ("Device 18");

1

  s. Samsung 1000GB 2.5" SATA hard drive, S/N: S314J90F731572 ("Device 19");

  t. Fujitsu 160GB 2.5" SATA hard drive, S/N: K611T8A29G5E ("Device 20");

  u. Western Digital 160GB SATA hard drive, S/N: WMAL92523758 ("Device 21");

  v. Lian Li desktop computer tower, model: PC-V2000 Plus, containing Toshiba 3TB SATA hard drive, S/N: 85AAVPRGS3VD and Samsung 850 EVO 500GB SSD, S/N: S21HNXAG642319V ("Device 22");

  w. ZT Systems desktop computer, model: 7343Ma, S/N: 203523910005, containing 500GB Western Digital SATA hard drive, S/N: WCASY8096602 ("Device 23");

  x. Apple iPhone 7, model: A1778, IMEI:355331088584172 ("Device 24");

  y. Apple iPad (4th Gen), model: A1458, Serial: DMQK8NQGF182 ("Device 25");

  z. Dell Inspiron 9300 laptop, S/N: J7LYF81, containing Seagate 160GB IDE hard drive, S/N: 5MAD4F85 ("Device 26").

The Devices are currently in the custody of the FBI and located at FBI - Cincinnati Division Headquarters, located at 2012 Ronald Reagan Drive, Cincinnati, Ohio 45236, with the exceptions of: (a) Device 4 and Device 24, which are currently located at the FBI Electronic Device Analysis Unit (EDAU), located at Building 27958A, Quantico, Virginia 22135; and (b) Device 25, which is currently located at the FBI Tennessee Valley Regional Computer Forensics Laboratory (TVRCFL), located at 3334G Wells Road, Redstone Arsenal, Alabama 35808.

This warrant authorizes the forensic examination of the Devices for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on the Devices described in Attachment A that relate to violations of:

- 18 U.S.C. § 922(g)(3)
- 18 U.S.C. § 922(a)(6)
- 18 U.S.C. § 924(a)(1)(A)
- 18 U.S.C. § 1001
- 21 U.S.C. § 844

and involve **Conner Stephen BETTS (BETTS)** since **2013**, including:

a. any information related to the purchase, use, or possession of firearms;

b. any information related to the purchase, use, or sale of controlled substances;

c. any information related to the types, amounts, and prices of controlled substances or firearms purchased, used, or trafficked as well as dates, places, and amounts of specific transactions;

d. any information related to sources of controlled substances or firearms (including names, addresses, phone numbers, or any other identifying information);

e. any information recording **BETTS**'s schedule or travel from 2013 to the present;

f. all bank records, checks, credit card bills, account information, and other financial records.

g. records of Internet Protocol addresses used;

h. records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

1

2. Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.